1  JOHN C. BOLLIER, ESQ.
   THE CARTWRIGHT LAW FIRM
2  222 Front Street, Fifth Floor
   San Francisco, CA 94111
3  Tel: 415-433-0444
   Fax: 415-433-0449
4
   Attorneys for Plaintiff
5  LORETTA ANDRAS

6  GAIL C. TRABISH, ESQ. (SBN 103482)
   gtrabish@bjg.com
7  BOORNAZIAN, JENSEN & GARTHE
   A Professional Corporation/27574
8  555 12th Street, Suite 1800
   Oakland, CA  94607
9  Telephone: (510) 834-4350
   Facsimile: (510) 839-1897
10
   Attorneys for Defendant
11 TARGET CORPORATION

12

13             UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16 | LORETTA ANDRAS,              ) | Case No.:  C 15-CV-00613 MEJ
17 |        Plaintiff              ) |
                                    ) | **STIPULATION FOR DISMISSAL AND**
18 | vs.                           ) | ~~[PROPOSED]~~ **ORDER**
                                    ) |
19 | TARGET CORPORATION, TARGET    ) |
   | STORES, INC. and DOE EMPLOYEE, and ) |
20 | DOES ONE through FIFTY; inclusive, ) | Complaint Filed:  December 19, 2014
                                    ) | [San Mateo County Superior Court Case #
21 |        Defendants.            ) | CIV531820]

22

23     IT IS HEREBY STIPULATED by and between plaintiff LORETTA ANDRAS, by and

24 through her attorney or record, John C. Bollier, Esq., and defendant TARGET CORPORATION,

25 by and through its attorney of record, Gail C. Trabish, Esq., that plaintiff will dismiss, defendant

26 TARGET CORPORATION with prejudice pursuant to F. R C. P. 41(a)(1), with each party to bear

27 its own costs and attorney's fees.

28
-1-
STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER
ANDRAS V. TARGET CORPORATION, et al. - USDC Case No.  C 15-cv-00613 MEJ

IT IS SO STIPULATED.

DATED: October 28, 2015

                            THE CARTWRIGHT LAW FIRM

                            By: *John C. Bollier*
                            JOHN C. BOLLIER, ESQ.
                            Attorneys for Plaintiff
                            LORETTA ANDRAS

DATED: October 13, 2015

                            BOORNAZIAN, JENSEN & GARTHE
                            A Professional Corporation

                            By: *Gail C. Trabish*
                               GAIL C. TRABISH, ESQ.
                            Attorneys for Defendant
                            TARGET CORPORATION

### **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

DATED: October 29, 2015

                            By: _____
                            MARIA ELENA JAMES
                            UNITED STATES MAGISTRATE JUDGE